IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RODNEY DANIELS**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #112998**

**V.**　　　　　　　　　**CASE NO. 5:17-CV-150-BD**

**JAROME PEREZ**　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

Judgment is hereby entered in favor of Defendant Jarome Perez.

IT IS SO ORDERED, this 12th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE